# MELITO & ADOLFSEN P.C.

ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| LOUIS G. ADOLFSEN ∆<br>IGNATIUS JOHN MELITO<br>JOHN H. SOMOZA | STEVEN I. LEWBEL *<br>ROBERT D. ELY<br>MICHAEL F. PANAYOTOU<br>QUENTIN A. ALEXANDRE | WOOLWORTH BUILDING<br>233 BROADWAY<br>NEW YORK, N.Y. 10279-0118 | MELITO & ADOLFSEN<br>2500 PLAZA 5<br>HARBORSIDE FINANCIAL CENTER<br>JERSEY CITY, N.J. 07311<br>TEL (201) 985-0011<br>FAX (201) 985-9656 |
| | S. DWIGHT STEPHENS ° ∆<br>RANIA SHOUKIER<br>OF COUNSEL | TELEPHONE (212) 238-8900<br>FAX (212) 238-8999 | |

\* NJ BAR
° CT BAR
∆ DC BAR

**The Inital Pretrial Conference scheduled for August 3, 2021 at 10:30 a.m. is adjourned to September 1, 2021 at 10:00 a.m. The parties shall submit a proposed scheduling order by August 25, 2021.**

July 27, 2021

**VIA CM/ECF**
Hon. John P. Cronan, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

**SO ORDERED.**
**Date: July 28, 2021**
**New York, New York**

/s/ John P. Cronan
JOHN P. CRONAN
United States District Judge

Re:  *The Phoenix Insurance Company v. Hudson Excess Insurance Company*
     Civ. Action No.:   21-cv-04474
     Our File No.:      0835/404

Dear Judge Cronan:

This office represents defendant Hudson Excess Insurance Company ("Hudson"). Hudson writes with the consent of plaintiff The Phoenix Insurance Company ("Phoenix") and respectfully requests an adjournment of the Initial Pretrial Conference ("IPTC") and the related proposed scheduling order deadline. Hudson respectfully requests that the ITPC be adjourned to September 1, 2021, with the proposed scheduling order due August 25, 2021, or such other dates as are convenient for the Court.

This is the first request of the adjournment of this deadline. Hudson makes this request because Hudson's response to plaintiff's complaint is not yet due (it is currently due August 6, 2021, per Docket #10), and also because the undersigned will be out of the United States on August 6, 2021. Counsel for Phoenix has consented to Hudson's request.

I thank the Court for the consideration of Hudson's request.

Respectfully Submitted,

/s/   Michael F. Panayotou

Cc:  *All Counsel of Record via CM/ECF*