# REID & ASSOCIATES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/11/2022

LISA S[...]
Admit[...]

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Tel.: (917) 778-6680
Fax: (844) 571-3789

Direct Dial: (917) 778-6763
E-Mail: lszczepa@travelers.com

May 11, 2022

**MEMO ENDORSED**

<u>Via ECF</u>
Hon. Barbara Moses
U.S. District Court for the Southern District of New York
500 Pearl St., Rm. 740
New York, NY 10007

Re:   *The Phoenix Insurance Company v. Hudson Excess Insurance Company*
      Case No. 1:21-cv-04474-JPC

Dear Magistrate Judge Moses:

This office represents plaintiff, the Phoenix Insurance Company ("Travelers") in connection with the above-referenced action. We submit this letter motion jointly with counsel for defendant, Hudson Excess Insurance Company ("Hudson") to request that the settlement conference in this action (1) be converted to a fully remote conference, and (2) be adjourned to one of the three dates proposed herein.

The parties hereby stipulate to conducting any settlement conference in this action by fully remote means. Additionally, the parties request that the settlement conference presently scheduled for May 19, 2022 at 2:15 p.m. (*see* Dkt. No. 29) be adjourned to one of the following dates: July 5, 2022; or July 7, 2022. The reason for this request is that the parties to the relevant underlying action have stipulated to participate in the Commercial Division ADR Program. However, the ADR proceeding, which may resolve some or all of the issues in this action, has not yet been held. The parties to the relevant underlying action have proposed the ADR proceeding be held May 31, 2022 or June 6, 2022, subject to the mediator's availability. No prior request has been made to adjourn the settlement conference.

> Application GRANTED. The settlement conference scheduled for May 19, 2022, is hereby ADJOURNED to **July 7, 2022, at 2:15 p m.**, and will take place by video conference. The Court will provide a link by email in advance of the conference. SO ORDERED.
>
> */s/ Barbara Moses*
> Barbara Moses
> United States Magistrate Judge
> May 11, 2022

Respectfully submitted,

/s/Lisa Szczepanski
_____
Lisa Szczepanski
Reid & Associates
*Attorneys for the Phoenix Insurance Company*

/s/Michael F. Panayotou
_____
Michael F. Panayotou
Melito & Adolfsen P.C.
*Attorneys for Hudson Excess Insurance Company*

Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 401 LENNON LANE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY |
| WALNUT CREEK, CA 94598 | MS04A-0000 | 7TH FLOOR | SUITE 300 |
|  | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |