```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
THE PHOENIX INSURANCE COMPANY,                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :         21 Civ. 4474 (JPC)
              -v-                                                      :
                                                                       :              ORDER
HUDSON EXCESS INSURANCE COMPANY,                                       :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The parties participated in a settlement conference with the Honorable Barbara C. Moses, United States Magistrate Judge, on July 7, 2022. The Court understands that the parties were unable to reach an agreement to settle this action during the settlement conference with Judge Moses. Accordingly, it is hereby ORDERED that, by July 15, 2022, the parties shall file a joint letter advising the Court as to the status of this case, including (1) whether the parties request additional time to discuss settlement, (2) whether either party intends to file a motion for summary judgment and, if so, the anticipated grounds for such motion and the opposing party's anticipated grounds for opposing the motion, or (3) whether the parties intend to proceed with trial in this action.

      SO ORDERED.

Dated: July 11, 2022  
      New York, New York

                                                              JOHN P. CRONAN  
                                                           United States District Judge