# MELITO & ADOLFSEN P.C.

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| LOUIS G. ADOLFSEN ∆<br>IGNATIUS JOHN MELITO<br>JOHN H. SOMOZA | STEVEN I. LEWBEL *<br>ROBERT D. ELY<br>MICHAEL F. PANAYOTOU<br>PANTELIS D GALLIS | **WOOLWORTH BUILDING**<br>**233 BROADWAY, STE. 2070**<br>**NEW YORK, N.Y. 10279-0118** |
| | S. DWIGHT STEPHENS ○ ∆<br>RANIA SHOUKIER<br>*OF COUNSEL* | TELEPHONE (212) 238-8900<br>FAX (212) 238-8999 |

**MELITO & ADOLFSEN**
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, N.J. 07311
TEL (201) 985-0011
FAX (201) 985-9656

* NJ BAR
○ CT BAR
∆ DC BAR

August 9, 2023

**VIA CM/ECF AND EMAIL**
Hon. John P. Cronan, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

    Re:    *The Phoenix Insurance Company v. Hudson Excess Insurance Company*
            Civ. Action No.:    21-cv-04474
            Our File No.:       0835/404

Dear Judge Cronan:

       This office represents defendant Hudson Excess Insurance Company ("Hudson") and writes with the consent of plaintiff The Phoenix Insurance Company ("Phoenix"). Hudson respectfully requests an adjournment of the conference currently scheduled for August 16, 2023 at 11:00 AM as the undersigned will be out of the office during that period in August.

       The parties conferred and are available during the following dates and times, subject to the Court's calendar: September 6 (after 1:00 PM), September 7 (after 1:00 PM), September 8, September 12 – 15, or September 18-22.

       This is the first request for an adjournment of the conference. The parties thank the Court for the consideration of this request.

                                                    Respectfully Submitted,

                                                     Michael F. Panayotou

Cc:    *Via CM/ECF and Email*
        Lisa Szczepanski, Esq.
        Usery & Associates
        *Attorneys for Plaintiff*

The request is granted. The Status Conference currently scheduled for August 16, 2023 is adjourned to September 7, 2023, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

August 10, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge